```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      18Cr00380(DLC)
                                           :
            -v-                            :      ORDER
                                           :
ANGEL RODRIGUEZ, a/k/a "Horse,"            :
                                           :
            Defendant.                     :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant, Angel Rodriguez (DOB 1/25/1988), participate and successfully complete six (6) months of residential substance abuse treatment at Educational Alliance, located at 25-29 Avenue D, New York, NY 10009, beginning on 4/13/2022.

IT IS FURTHER ORDERED that the MDC shall release Angel Rodriguez (USM #85651-054) on April 13, 2022 into the custody of the United States Probation Office for transport to Educational Alliance.

SO ORDERED:

Dated:    New York, New York
          April 8, 2022

                                         _____
                                                   DENISE COTE
                                         United States District Judge