```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    18cr380(DLC)
                                     :
          -v-                        :    ORDER
                                     :
ANGEL RODRIGUEZ,                     :
                                     :
               Defendant.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference regarding the specifications of violation of supervised release scheduled for September 23 is adjourned to September 26, 2022 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         September 22, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge