```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    18 Cr. 380(DLC)
    -against-                           :    ORDER
                                        :
Angel Rodriguez,                        :
                                        :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, United States District Judge:

IT IS HEREBY ORDERED that the defendant, Angel Rodriguez, participate and successfully complete at least four (4) months of residential substance abuse treatment services at Serendipity 1, located at 2071 Fulton Street, Brooklyn, New York, beginning on September 28, 2022.

IT IS FURTHER ORDERED that the U.S. Marshals Service shall produce Angel Rodriguez (USM #85651-054) at 500 Pearl Street, New York, NY 10007 on September 28, 2022 and release him into the custody of the United States Probation Office for the purposes of transport to Serendipity 1.

SO ORDERED:

Dated: New York, New York
       September 26, 2022

*[signature]*
The Honorable Denise Cote
United States District Judge
Southern District of New York