```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :     18cr380(DLC)
                                    :
          -v-                       :     ORDER
                                    :
ANGEL RODRIGUEZ,                    :
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for **October 3, 2023, at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          October 2, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge